# United States Court of Appeals
# for the Federal Circuit

---

October 26, 2021

**ERRATA**

---

Appeal No. 2021-1226

**SHIRLEY GAY,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF
VETERANS AFFAIRS,**
*Respondent-Appellee*

Decided:  October 25, 2021
Nonprecedential Opinion

---

Please make the following changes:

On page 8, line 27: change "Regents" to "*Regents*".

On page 8, line 30: change "on" to "in".